Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 3**

| | |
|---|---|
| **American Active Anode Material Producers**<br><br>**Plaintiff,**<br>**v.**<br><br>**UNITED STATES,**<br>**Defendant.** | **S U M M O N S**<br>**Court No. 26-02905** |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Gina Justice**
Clerk of the Court

1. American Active Anode Material Producers is a coalition of U.S producers of active anode material consisting of Anovion Technologies and NOVONIX Anode Materials LLC. Plaintiff is an interested party under 19 U.S.C. § 1677(9)(F) and was the petitioner in the underlying proceeding. As such, Plaintiff has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
(Name and standing of plaintiff)

2. Plaintiff contests various aspects of the final determination of the U.S. International Trade Commission in the investigation of active anode material from China, see Active Anode Material from China, 91 Fed. Reg. 16,968 (Int'l Trade Comm'n Apr. 3, 2026).
(Brief description of contested determination)

3. March 31, 2026
(Date of determination)

4. April 3, 2026
(If applicable, date of publication in Federal Register of notice of contested determination)

Daniel B. Pickard, Esq.
Signature of Plaintiff's Attorney

April 30, 2026
Date

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Daniel B. Pickard, Esq.
Buchanan Ingersoll & Rooney P.C.
1700 K St NW #300, Washington, DC 20006
(202) 452-7936
daniel.pickard@bipc.com

**SEE REVERSE SIDE**

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

Attorney in Charge
International Trade Field Office
U.S. Department of Justice
Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436

The Honorable Lisa R. Barton
Secretary
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436