**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **AMERICAN ACTIVE ANODE MATERIAL PRODUCERS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant,**<br><br>**and,**<br><br>**LG ENERGY SOLUTION MICHIGAN, INC., PANASONIC COPORATION OF NORTH AMERICA, PANASONIC ENERGY CORPORATION OF NORTH AMERICA, TESLA, INC., HUZHOU KAIJIN NEW ENERGY TECHNOLOGY CO., LTD. and CONTEMPORARY AMPEREX TECHNOLOGY CO., LIMITED,**<br><br>**Defendant-Intervenors.** | **Before: Hon. Jennifer Choe-Groves, Judge**<br><br>**Court No. 26-02905** |

**PLAINTIFF'S MOTION FOR JUDGMENT ON THE AGENCY RECORD**

Pursuant to Rule 56.2 of the Rules of the U.S. Court of International Trade, the American Active Anode Material Producers ("Plaintiff" or "Petitioner") hereby move for judgment upon the agency record with respect to the determination of the U.S. International Trade Commission (the "Commission") in the investigation into active anode material from China. *See Active Anode Material from China; Determinations*, 91 Fed. Reg. 16,968 (Int'l Trade Comm'n Apr. 3, 2026). Plaintiff respectfully moves, for the reasons explained in the accompanying Memorandum, that this Court finds that the Commission's findings, conclusions, and/or determinations with respect to this decision are not supported by substantial evidence or otherwise not in accordance with law.

Plaintiff further moves that the Court remand this determination to the International Trade Commission for disposition consistent with the Court's final opinion.

Respectfully submitted,

/s/ Daniel B. Pickard
Daniel B. Pickard, Esq.
Claire M. Webster, Esq.
Carson Easterling, Esq.

**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 452-7900
Email: daniel.pickard@bipc.com

*Counsel to the American Active Anode Material Producers*

Dated: September 11, 2026