**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE JENNIFER CHOE-GROVES**

| | |
|---|---|
| AMERICAN ACTIVE ANODE MATERIAL PRODUCERS,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant,*<br><br>and<br><br>LG ENERGY SOLUTION MICHIGAN, INC., PANASONIC CORPORATION OF NORTH AMERICA, PANASONIC ENERFY CORPORATION OF NORTH AMERICA, TESLA, INC., HUZHOU KAIJIN NEW ENERGY TECHNOLOGY CO., LTD., and CONTEMPORARY AMPEREX TECHNOLOGY CO., LIMITED,<br><br>*Defendant-Intervenors.* | Case No. 26-02905 |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Rule 56.2 motion for judgment on the agency record and the memorandum in opposition to that motion filed by Defendant U.S. International Trade Commission, and all other responses and relevant record documents, it is hereby

**ORDERED**, that Plaintiff's' motion for judgment on the agency record is DENIED; and it is further

**ORDERED**, that this case be terminated consistent with this Court's opinion.

**SO ORDERED.**

__________________________________
HONORABLE JENNIFER CHOE-GROVES

Dated: ______________________________, 2026
New York, New York